MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300

Attorneys for Plaintiff
BLAREMY PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAREMY PRODUCTIONS, LLC, an Arizona Limited Liability Company,<br><br>                    Plaintiff,<br><br>          v.<br><br>ITV PLC, a Public Limited Company of the United Kingdom, and DOES 1-10, inclusive<br><br>                    Defendant. | **Civil Case No. 2:20-cv-01316**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

\\

\\

Plaintiff BLAREMY PRODUCTIONS, LLC ("Plaintiff"), by and through its counsel, for its complaint against defendant ITV PLC ("Defendant"), alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over this matter under 17 U.S.C. § 501 *et seq.* and 28 U.S.C. § 1338.

2.    Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the within claims occurred in this district and under 28 U.S.C. § 1400(b) in that it is a judicial district where Defendant has committed acts of copyright infringement.

## PARTIES

3.    Plaintiff is an Arizona Limited Liability Company doing business in Hollywood, California.

4.    On information and belief, Defendant is a public limited company based in the United Kingdom with an address at 2 Waterhouse Square, 140 Holborn, London, United Kingdom, EC1N 2AE.

5.    The true names and capacities of the defendants named herein as DOES 1 through 10, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff, who therefore sues said defendants by said fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the defendants designated herein as DOE is legally responsible for the events and happenings hereinafter alleged, participated in and is in some manner responsible for the acts described in this Complaint, acted in concert and participation with each other concerning the claims in this Complaint, and thereby legally caused injury and damages proximately to Plaintiff as alleged herein.  Further, Plaintiff is informed and believes, and on that basis alleges, that each of defendants named as DOES 1

- 10 was empowered to act as the agent, servant and/or employees of each other and of Defendant, and that all the acts alleged to have been done by each of them were authorized, approved and/or ratified by each of them and Defendant. Plaintiff will seek leave to amend its complaint when the true names and capacities of said DOE defendants have been ascertained.

## FACTS

6.      Plaintiff is engaged in the business of creating and editing video works including footage of residential real estate properties shot with aerial drones.

7.      Plaintiff's principal, Jeremy Spann ("Spann"), is a videographer whose experience and talent developed over years of hard work has established his success, reputation, and online presence.  Spann manages every element of his business, with each video being the sole product of his own creativity and know-how.  Operating Plaintiff is Spann's full-time job and sole income source.

8.      Plaintiff's video works have been used in particular by real estate agents in connection with the marketing and sale of real property.

9.      At all times relevant hereto, Plaintiff is and was the holder of the exclusive rights under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et. seq.*, and all amendments thereto (the "Copyright Act") to reproduce, distribute, display, or license the reproduction, distribution, and/or display of a video work entitled "12094 Summit Circle" (the "Work"), which is the subject of this action, throughout the United States.  A true and correct copy of Plaintiff's copyright registration of the Work is attached hereto as Exhibit A.

10.      A true and correct copy of a screenshot of taken from the Work is attached hereto as Exhibit B.

11.      The Work was uploaded to a Vimeo account controlled by Plaintiff in June 2019.

12.     In or about July 2019, Defendant's agent, Emily Evans, contacted Spann to inquire how much it would cost to film Ms. Evans at the home shown in the Work and another location for a television pilot segment on celebrity homes. Spann offered to produce the requested segments for $1,500.  After Ms. Evans responded that there was an insufficient budget for that fee, Spann offered to lower the fee to $1,200.  Neither Ms. Evans nor any other representative of Defendant replied to Spann regarding the matter.

13.     On Nov 11, 2019, Defendant broadcast a segment on its program "*This Morning with Phillip & Holly*" titled "Inside the Homes of the Rich and Famous... Britney's House" (the "Infringing Work").  The Infringing Work incorporated footage directly from the Work, including specific shots sped up or reversed exactly as in the original video.  Approximately half of the 2-minute Work was incorporated into the Infringing Work, amounting 25% of Defendant's 4-minute segment.

14.     A true and correct copy of a screenshot of taken from the Infringing Work is attached hereto as Exhibit C.

15.     Defendant further promoted and published the Infringing Work on its website at the URL: https://www.itv.com/thismorning/showbiz/inside-the-homes-of-the-rich-and-famous-britneys-house.

16.     A true and correct copy of a screenshot of defendant's article displaying and promoting the Infringing Work is at attached hereto as Exhibit D.

17.     On or about December 20, 2020, counsel for Plaintiff wrote to Defendant demanding that it cease and desist from further infringement of the Work.  Defendant did not respond and, upon information and belief, is continuing to infringe the Work.

\\

\\

\\

Civil Case No. 2:20-cv-01316
COMPLAINT FOR COPYRIGHT INFRINGEMENT;
DEMAND FOR JURY TRIAL

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### (Copyright Infringement – 17 U.S.C. § 501, against all defendants)

18. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 17 of the Complaint as though fully set forth herein.

19. At all times relevant hereto, plaintiff has been the owner, author and/or assignee of all copyright rights or rights to assert copyright claims for the Work.

20. Without authorization, Defendant used, copied, reproduced, and republished approximately half of the Work in the Infringing Work as herein alleged.

21. Plaintiff did not authorize Defendant's copying, displaying, or republishing of the Work, or authorize Defendant to produce the Infringing Work.

22. The communications of the parties prior to the display of the Infringing Work establish that Defendant's conduct was knowingly and willfully unauthorized.

23. Defendant's actions, as alleged herein, constitute copyright infringement in violation of the Copyright Act.

24. By reason of the foregoing unlawful acts recited in the above paragraphs, plaintiff has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damages award are imposed by this Court against Defendant.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks that this Court grant judgment against Defendant for the following:

A. That Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of

them, be permanently enjoined from:

      i.    infringing Plaintiff's copyrighted work;

     ii.    indirectly, contributorily, or vicariously infringing Plaintiff's copyrighted works; and,

   iii.    conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above;

B.     That Defendant shall file with the Court and serve on Plaintiff, within 30 days after the entry and service on Defendant of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendant has complied with the provisions of subparagraph (A) above;

C.     That Plaintiff be awarded statutory damages for prosecuting this action to the full extent allowed by law;

D.     That Plaintiff recovers all damages it has sustained as a result of Defendant's infringement;

E.     That Plaintiff be awarded enhanced damages due to Defendant's willful infringement;

F.     That Plaintiff be awarded reasonable attorneys' fees for prosecuting this action to the full extent allowable by 17 U.S.C. § 505, or other related statute;

G.     That Plaintiff recovers its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law; and,

\\
\\
\\
\\
\\

H.    That Plaintiff receives all other relief the Court deems appropriate.


MANDOUR & ASSOCIATES, APC


/s/ Ben T. Lila

Ben T. Lila
Attorneys for Plaintiff BLAREMY
PRODUCTIONS, LLC

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by the jury of all issues and claims so triable in this action.

MANDOUR & ASSOCIATES, APC


_____/s/ Ben T. Lila_____

Ben T. Lila
Attorneys for Plaintiff BLAREMY
PRODUCTIONS, LLC

**EXHIBIT A**

EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-225-269**

**Effective Date of Registration:**
December 10, 2019
**Registration Decision Date:**
February 03, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

**Title**

Title of Work: 12094 Summit Circle

**Completion/Publication**

Year of Completion: 2019
Date of 1st Publication: June 11, 2019
Nation of 1st Publication: United States

**Author**

- Author: Jeremy Spann
  Author Created: Motion Picture
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1990

**Copyright Claimant**

Copyright Claimant: Jeremy Spann
836 Hilldale Ave, West Hollywood, CA, 90069, United States

**Rights and Permissions**

Name: Jeremy Spann
Email: jeremy@homedronefilms.com
Telephone: (253)508-3944

**Certification**

Page 1 of 2

EXHIBIT A

| | |
|---|---|
| **Name:** | Jeremy Spann, Author/Owner |
| **Date:** | December 10, 2019 |

**Copyright Office notes:**    Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Regarding special handling request: Claim upgraded for special handling per request received on 01/29/2020 due to prospective litigation.

EXHIBIT A

**EXHIBIT B**

EXHIBIT B



EXHIBIT B

**EXHIBIT C**

EXHIBIT C



EXHIBIT C